UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| DANIEL LAMAR WILLIAMS | * | CIVIL ACTION NO. 17-0060 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| OUACHITA PARISH SHERIFF'S DEPARTMENT, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, and DECREED** that the motion to dismiss [Doc. No. 10] filed by Defendants Ouachita Parish Sheriff Jay Russell and Deputies Justin Cromwell, Seth Cox, and Brooke Boney, is **GRANTED**, and that Plaintiff's federal law claims against said Defendants and all claims against Defendant Ouachita Parish Sheriff's Department are hereby **DISMISSED, WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining state law claims against Ouachita Parish Sheriff Jay Russell and Deputies Justin Cromwell, Seth Cox, and Brooke Boney, plus all claims against defendant, XYZ Insurance Company, are hereby **DISMISSED, WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE